Jennifer L. Holland
606 E. Street, Suite 203
Anchorage, AK 99501
(907)279-3333
(907)258-4428 Fax
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF ALASKA**

| | | |
|---|---|---|
| *In re* | ) | Case No. A15-00085 |
| | ) | Chapter: 13 |
| Myrtle Sonora Joyce Lewis-Mosby | ) | |
| and Andrew Edward Mosby, Jr., | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE BY MAIL

I, Michelle Dzielak, Paralegal to Jennifer L. Holland, hereby certify that on June __9__, 2015, I mailed copies of the Notice Of Amendments To Creditor Matrix, Amendments To Creditor Matrix and Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadline to the parties on the attached Amendments To Creditor Matrix.

Dated: June __9__, 2015

_Michelle Dzielak_
Michelle Dzielak

Jennifer L. Holland
606 E. Street, Suite 203
Anchorage, AK 99501
(907)279-3333
(907)258-4428 Fax
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF ALASKA

| | |
|---|---|
| *In re* ) | Case No. A15-00085 |
| ) | Chapter: 13 |
| Myrtle Sonora Joyce Lewis-Mosby ) | |
| and Andrew Edward Mosby, Jr., ) | |
| ) | |
| _____) | |

### AMENDMENTS TO CREDITOR MATRIX

Listed below are additional names to be added to the master matrix pursuant to debtors' schedules filed after the original matrix at case opening.

Anchorage Neighborhood Health
PO Box 201849
Anchorage, AK 99520

Anchorage Pathology Group
PO Box 140967
Anchorage, AK 99514

Associated Credit Agency
PO Box 32223
Juneau, AK 99803-2223

Berger-Hermes, Dylan
PO Box 2714
Palmer, AK 99645

Credit Union 1
0113
1941 Abbott Road
Anchorage, AK 99507

Easy Park
440 B Street
Anchorage, AK 99501

GCI
PO Box 99016
Anchorage, AK 99509-9016

GMAC
9809
PO Box 380902
Minneapolis, MN 55438

Little Caesars
591 E Parks Hwy
Wasilla, AK 99654

Mat Valley FCU
1819****
1020 S Bailey
Palmer, AK 99645

MatSu Emergency Med Phys Corp
PO Box 718
Palmer, AK 99645

Midtown Storage
3737 Arctic Blvd
Anchorage, AK 99503

Municipal Light and Power
1200 E. 1st Ave
Anchorage, AK 99501

National Collegiate Scouting Association
1415 N. Dayton St., 4th Floor
Chicago, IL 60642

Pizza Time
3020 Bogard Rd
Wasilla, AK 99654

2

Players Choice Bingo
165 Bragaw St
Anchorage, AK 99508

Providence Imaging Center
3427 E Tudor #A
Anchorage, AK 99507

Sicily's Pizza
1201 E Dimond
Anchorage, AK 99515

State of Alaska Bureau of Vital Statisti
3601 C St, Ste 128
Anchorage, AK 99503

Dated:  June 8, 2015

                                            Jennifer L. Holland
                                            Attorney for Debtors

## DECLARATION UNDER PENALTY OF PERJURY BY DEBTORS

We declare under penalty of perjury that we have read the foregoing <u>Amendments To Creditor Matrix</u> and that it is true and correct.

Date: June 8, 2015                                     /s/Myrtle Sonora Joyce Lewis-Mosby
                                                                        Debtor

Date: June 8, 2015                                     /s/Andrew Edward Mosby, Jr.
                                                                        Joint Debtor

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and 3571.